UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:23-bk-01300-CPM
        Chapter 7

Ann I. Tomkowit,

    Debtor(s).
_____/

**REPORT AND NOTICE OF INTENTION TO SELL**
**PROPERTY OF THE ESTATE AND NOTICE OF ABANDONMENT**

> **NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**
>
> **If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at Sam M. Gibbons Courthouse, 801 N. Florida Ave., #555, Tampa, FL 33602-3899, and serve a copy on the Trustee, Christine L. Herendeen, at P.O. Box 152348, Tampa, FL 33684, and any other appropriate person(s) within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. mail.**
>
> **If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.**
>
> **You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified or eliminated if you do not timely file and serve a response.**

**TO:**    **Creditors, Debtors and Parties in Interest**

      Christine L. Herendeen, the Trustee duly appointed and acting for the above-captioned estate reports that she intends to sell and abandon the following property of the estate of the Debtor(s), under the terms and conditions set forth below:

**PROPERTY OF THE ESTATE BEING SOLD**

1.    Description of Property: Excess equity of $4,500.00 in the 2015 Nissan Rogue, VIN# 5N1AT2MV7FC884521, $500.00 in electronics, $100.00 in clothing, $1,000.00 in a dog, $495.00 in a American Airlines Federal Credit Union ending 0050, $850.00 in a Wells Fargo bank account ending 4135, $210.00 in a Wings Financial Credit Union bank account ending 8659, $30.00 in a Wells Fargo savings account $48.00 in an AAFCU account, $55.00 in a Wings Financial Credit Union savings account.

2.    Manner of Sale: Private Sale

3. Terms of Sale:

   a. To: Debtor(s)

   b. Sale Price: $7,788.00, together with bank fees and lien costs of $550.00, for a total due of $8,338.00. Debtor(s) to pay the estate by making a down payment of $470.00 on August 15, 2023 and then making payments of $786.80 per month beginning on September 15, 2023 and continuing on the 15th of each month thereafter until paid in full. The estate will maintain a security interest in the 2015 Nissan Rogue, VIN# 5N1AT2MV7FC884521 until paid in full. See court approved Stipulation for Repurchase of Non-Exempt Assets, including Note and Security Agreement, for complete terms.

   c. All right, title, and interest of bankruptcy estate, if any.

   d. Subject to all liens and encumbrances, if any. No warranties of no liens. No warranties of any kind. Subject to Debtor(s) allowed claim of exemption.

The Trustee will entertain any higher bids for the purchase of the assets of the Debtor(s) that the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by the Trustee at the address listed below no later than the close of business 21 days from the date of mailing, as indicated in the Certificate of Service. If more than one bid has been received, an auction will occur among said bidder(s) after 21 days.

**NOTICE IS HEREBY GIVEN that if no objection or request for hearing is filed and served within twenty-one (21) days of the date of this report and notice, the property described herein will be sold without further hearing or notice pursuant to Local Bankruptcy Rule 6004-1.**

## PROPERTY OF THE ESTATE BEING ABANDONED

PURSUANT TO 11 U.S.C. § 554 OF THE BANKRUPTCY CODE AND FED.R.BANKR.P. 6007, NOTICE IS HEREBY GIVEN OF THE ABANDONMENT OF THE FOLLOWING PROPERTY THAT IS BURDENSOME AND HAS NO EQUITY FOR THE BENEFIT OF THE CHAPTER 7 ESTATE:

1. Scheduled real property: 820 Padua Lane, Clearwater, FL 33756;

2. Scheduled personal property: household goods & furnishings; Wells Fargo checking account ending 4999; 401k with Empower; and Employer funded life insurance with Hartford.

Dated: June 22, 2023

Respectfully submitted,

/s/ Christine L Herendeen
Chapter 7 Trustee
P.O. Box 152348
Tampa, FL 33684
(813) 438-3833

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| IN RE: | CASE NO: 8:23-bk-01300-CPM |
|---|---|
| Ann I. Tomkowit, | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 6/22/2023, I did cause a copy of the following documents, described below,

Report and Notice of Intention to Sell Property of the Estate and Notice of Abandonment

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/22/2023

/s/ CHRISTINE L HERENDEEN
CHRISTINE L HERENDEEN

P.O. BOX 152348
TAMPA, FL 33684
813 438 3833
clherendeen@herendeenlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

Ann I. Tomkowit,

CASE NO: 8:23-bk-01300-CPM

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 7

On 6/22/2023, a copy of the following documents, described below,

Report and Notice of Intention to Sell Property of the Estate and Notice of Abandonment

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/22/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
CHRISTINE L HERENDEEN

P.O. BOX 152348
TAMPA, FL  33684

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113A8<br>CASE 8-23-BK-01300-CPM<br>MIDDLE DISTRICT OF FLORIDA<br>TAMPA<br>THU JUN 22 13-13-28 EDT 202 | ANN I TOMKOWIT<br>820 PADUA LAMNE<br>CLEARWATER FL 33756-5533 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CITIBANK NA<br>5800 S CORPORATE PL<br>SIOUX FALLS SD 57108-5027 | CITIBANK NA<br>CO QUANTUM3 GROUP LLC<br>PO BOX 280<br>KIRKLAND WA 98083-0280 |
| DISCOVER BANK<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ SCHNEID<br>CRANE PARTNERS PLLC<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 | RESURGENT RECEIVABLES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| SOFI BANK NATIONAL ASSOCIATION<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | SYNCHRONY BANK<br>BY AIS INFOSOURCE LP AS AGENT<br>DEPT 888<br>PO BOX 4457<br>HOUSTON TX 77210-4457 | UPSTART NETWORK INC<br>PO BOX 1931<br>BURLINGAME CA 94011-1931 |
| WELLS FARGO BANK NA WELLS FARGO CARD SER<br>PO BOX 10438 MAC F823502F<br>DES MOINES IA 50306-0438 | CM/ECF E-SERVICE<br>JAY M WELLER +<br>WELLER LEGAL GROUP INC<br>25400 US HIGHWAY 19 NORTH SUITE 150<br>CLEARWATER FL 33763-2176 | CM/ECF E-SERVICE<br>UNITED STATES TRUSTEE TPA713 +<br>TIMBERLAKE ANNEX SUITE 1200<br>501 E POLK STREET<br>TAMPA FL 33602-3949 |

~~EXCLUDE~~

~~CHRISTINE L HERENDEEN +~~
~~PO BOX 152348~~
~~TAMPA FL 33684-2348~~